26cr 177 NEB|LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAAKIR MOHAMUD IBRAHIM,

Defendant.

**INDICTMENT**

18 U.S.C. § 1343
18 U.S.C. § 1349
18 U.S.C. § 1956
18 U.S.C. § 1957
18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

THE UNITED STATES GRAND JURY CHARGES THAT:

At times relevant to the indictment:

**INTRODUCTION**

1. The defendant, SHAAKIR MOHAMUD IBRAHIM, conspired with others known and unknown to the grand jury to devise and carry out a scheme to defraud the Federal Child Nutrition Program, a program designed to provide free meals to children. The defendant obtained, misappropriated, and laundered program funds that were intended as reimbursements for the cost of serving meals to children. The defendant and his co-conspirators capitalized on changes in the program intended to ensure that underserved children received adequate nutrition during the Covid-19 pandemic. The defendant exploited the Covid-19 pandemic—and the resulting program changes—to enrich himself by fraudulently misappropriating Federal Child Nutrition Program funds.

SCANNED
SEP 29 2026
U.S. DISTRICT COURT MPLS

### A. Background on the Federal Child Nutrition Program

2. The Food and Nutrition Service is an agency of the United States Department of Agriculture (USDA) that administers various federal child nutrition programs, including the Summer Food Service Program and Child and Adult Care Food Program (together, the "Federal Child Nutrition Program").

3. The Summer Food Service Program is a federal program established to ensure that children continue to receive nutritious meals when school is not in session. The Summer Food Service Program reimburses non-profit organizations and other participating entities that serve free healthy meals and snacks to children and teens in low-income areas.

4. The Child and Adult Care Food Program is a federal program that reimburses non-profit organizations and other participating entities that serve healthy meals and snacks to children and adults at participating child care centers, day care homes, and after-school programs.

5. The Federal Child Nutrition Program operates throughout the United States. The USDA's Food and Nutrition Service administers the programs at the national and regional levels by distributing federal funds to state governments, which provide oversight of the Federal Child Nutrition Program.

6. The Minnesota Department of Education (MDE) administers the Federal Child Nutrition Program in Minnesota.

7. Meals funded by the Federal Child Nutrition Program in Minnesota are served at "sites." Each site participating in the Federal Child Nutrition Program must be sponsored by an organization that is authorized to participate in the Federal Child

Nutrition Program. Sponsors are required to submit an application to MDE for each site. Sponsors are responsible for monitoring each of their sites and preparing reimbursement claims for their sites.

8. Sponsors submit reimbursement claims to MDE on behalf of sites under their sponsorship. The USDA provides federal reimbursement funds to MDE on a per-meal basis. MDE provides the federal funds to the sponsoring agency, which in turn pays the reimbursement funds to the sites under its sponsorship. The sponsoring agency retains ten to fifteen percent of the funds as an administrative fee in exchange for sponsoring the sites, submitting reimbursement claims, and disbursing the federal funds.

9. Historically, the Federal Child Nutrition Program has provided meals to children involved in education-based programs or activities. During the Covid-19 pandemic, the USDA waived several of the standard requirements for participation in the Federal Child Nutrition Program. Among other things, the USDA allowed for-profit restaurants to participate in the program. It also allowed for food distribution to children outside of educational programs. At the same time, the state government's stay-at-home order and telework policies made it more difficult to oversee the program. These changes left the program vulnerable to fraud and abuse.

**B. Feeding Our Future**

10. Feeding Our Future was a Minnesota non-profit organization purportedly in the business of helping community partners participate in the Federal Child Nutrition Program. Aimee Bock was the founder and executive director of

Feeding Our Future. Feeding Our Future was an approved sponsor of the Federal Child Nutrition Program.

11. Prior to the onset of the Covid-19 pandemic, Feeding Our Future was a small non-profit that sponsored the participation of Minnesota daycares and after-school programs in the Federal Child Nutrition Program.

12. Beginning in approximately April 2020, Feeding Our Future dramatically increased the number of sites under its sponsorship as well as the amount of Federal Child Nutrition Program funds received by those sites. Feeding Our Future went from receiving and disbursing approximately $3.4 million in federal funds to sites under its sponsorship in 2019 to nearly $200 million in 2021.

13. Aimee Bock oversaw a scheme to defraud, carried out by sites under the sponsorship of Feeding Our Future. Aimee Bock and Feeding Our Future sponsored entities that submitted fraudulent reimbursement claims and fake documentation. In 2020 and 2021, Aimee Bock and her company sponsored the opening of nearly 200 Federal Child Nutrition Program sites, knowing that the sites were submitting fraudulent claims.

14. In exchange for sponsoring the sites' fraudulent participation in the program, Feeding Our Future received nearly $18 million in Federal Child Nutrition Program funds as administrative fees in 2021. Because the amount of administrative fees it received was based on the amount of federal funds received by sites under its sponsorship, Feeding Our Future received tens of millions of dollars in administrative

fees to which it was not entitled, due to its sponsorship and facilitation of fraudulent sites participating in the program.

15. In addition to receiving tens of millions of dollars in administrative fees, Feeding Our Future employees solicited and received bribes and kickbacks from individuals and sites under the sponsorship of Feeding Our Future. In effect, Feeding Our Future operated a "pay-to-play" scheme in which individuals seeking to operate fraudulent sites under the sponsorship of Feeding Our Future had to kick back a portion of their fraudulent proceeds to Feeding Our Future employees. Many of these kickbacks were paid in cash or disguised as "consulting fees" paid to shell companies created by Feeding Our Future employees to conceal the true nature of the payments and to make them appear legitimate.

**C. The Defendant and His Role**

16. Defendant SHAAKIR MOHAMUD IBRAHIM co-operated and served on the boards of two Minnesota non-profit entities: Bilaal Mosque Inc. ("Bilaal") and Multicultural Resource Center Inc. ("MRC"). CO-CONSPIRATOR 1 served as President of MRC. IBRAHIM served as President of Bilaal.

17. Through those companies, IBRAHIM and his co-conspirators participated in the Federal Child Nutrition Program under the sponsorship of Feeding Our Future. The alleged food-distribution sites operated by Bilaal and MRC were supposed to provide food and meals to children participating in the Federal Child Nutrition Program. The companies would be reimbursed for the cost of the food and meals they provided.

18. In all, between approximately March 2021 and February 2022, Bilaal and MRC combined submitted over $1.2 million in reimbursement claims to Feeding Our Future for meals purportedly served to children. Of that total, Bilaal and MRC received about $1.1 million in Federal Child Nutrition Program funds.

**Count 1**
(Conspiracy to Commit Wire Fraud)

19. Paragraphs 1 through 18 are incorporated herein.

20. From in or about March 2021 and February 2022, in the State and District of Minnesota and elsewhere, the defendant,

**SHAAKIR MOHAMUD IBRAHIM,**

did knowingly conspire with others known and unknown to the grand jury to devise and participate in a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, and for the purpose of executing this scheme caused wire transmissions to be sent in interstate commerce in violation of Title 18, United States Code, Sections 1349 and 1343.

**Object and Purpose of the Conspiracy**

21. The object and purpose of the scheme and artifice to defraud was to fraudulently obtain Federal Child Nutrition Program funds by causing the submission of fraudulent information, including falsified invoices and meal count records with substantially inflated figures.

22. As food site operators in the Federal Child Nutrition Program, IBRAHIM and CO-CONSPIRATORS 1 and 2 were responsible for serving food to

children. However, in furtherance of the scheme, the conspirators caused the submission to Feeding Our Future and to the Minnesota Department of Education of false and fraudulent documentation, such as meal counts, rosters, and invoices.

23. The conspirators consequently received Federal Child Nutrition Program funds that substantially exceeded the small amount of food served to children.

**Manner and Means of the Conspiracy**

24. In furtherance of the scheme to defraud, in or about March 2021, IBRAHIM and CO-CONSPIRATOR 1 applied with Feeding Our Future for Bilaal and MRC to operate as food program sites under Feeding Our Future's sponsorship. IBRAHIM and CO-CONSPIRATOR 1 thereafter purported to operate both sites—one in Pelican Rapids, Minnesota and one in Moorhead, Minnesota.

25. At those sites, IBRAHIM, CO-CONSPIRATOR 1, and CO-CONSPIRATOR 2 claimed to serve tens of thousands of meals to children. In reality, IBRAHIM and his co-conspirators served only a small fraction of those claimed amounts.

26. In furtherance of the scheme, IBRAHIM's co-conspirators completed meal count sheets falsely representing that both sites fed thousands of meals to children daily, for months. CO-CONSPIRATOR 2 signed and submitted the meal counts for MRC and Bilaal in March, April, and May 2021. CO-CONSPIRATOR 1 signed the meal counts for MRC and Bilaal in September, October, November, and December 2021. At times, MRC and Bilaal represented in those meal counts to be

serving over 40,000 meals to children every week. When IBRAHIM's co-conspirators signed those meal counts, they represented them to be accurate. However, those meal counts were false and inflated. IBRAHIM and his co-conspirators then caused those counts to be submitted to Feeding Our Future in support of their sites' fraudulent claims for reimbursement.

27. IBRAHIM and his co-conspirators also caused to be submitted to Feeding Our Future fraudulent invoices purporting to detail food purchased by Bilaal and MRC for use in feeding children within the food program. In reality, however, IBRAHIM and his co-conspirators purchased very little food. The submitted invoices were inflated and fraudulent. Many of the invoices they used to substantiate the inflated reimbursement claims purported to represent purchased from a company called Smart Drive LLC. Smart Drive LLC was a sham entity owned by CO-CONSPIRATOR 1.

28. IBRAHIM and his co-conspirators also caused to be submitted to Feeding Our Future phony rosters purporting to list the names of children who were served meals at the Bilaal and MRC sites. Those rosters did not accurately reflect the identities and numbers of children actually fed at the MRC and Bilaal sites.

29. Between approximately March 2021 and February 2022, Bilaal and MRC received about $1.1 million in Federal Child Nutrition Program funds directly from Feeding Our Future.

30. However, little of this money was used by IBRAHIM and his co-conspirators to purchase food. Instead, they diverted most of those taxpayer dollars

to family and to themselves. IBRAHIM and his co-conspirators laundered the proceeds they received from this scheme.

31. IBRAHIM used his cut of the fraud proceeds to enrich himself and his son, CO-CONSPIRATOR 3, purchase a vehicle, and send funds to Kenya and Somalia.

32. CO-CONSPIRATOR 1 used his cut of the fraud proceeds to enrich himself and purchase real property.

33. CO-CONSPIRATOR 2 used her cut of the fraud proceeds to enrich herself.

34. CO-CONSPIRATOR 3 used his cut of the fraud proceeds to purchase real property.

**Count 2**
(Conspiracy to Commit Money Laundering)

35. Paragraphs 1 through 34 are incorporated herein.

36. From at least in or about March 2021 and February 2022, in the State and District of Minnesota, the defendant,

**SHAAKIR MOHAMUD IBRAHIM,**

conspired with others known and unknown to the grand jury to conduct and attempt to conduct financial transactions, namely, checks and wire transfers, knowing that the property involved in such transactions represented the proceeds of unlawful activity and which, in fact, involved the proceeds of specific unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343, and knowing those transactions were designed, in whole and in part, to conceal and disguise the

nature, location, source, ownership, and control of the proceeds of specific unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

**Purpose and Object of the Conspiracy**

37. The purpose and object of the conspiracy was to conceal, hide, and launder the proceeds of the fraudulent scheme to obtain Federal Child Nutrition Program funds.

**Manner and Means of the Conspiracy**

38. The conspirators used the following manner and means, among others, to accomplish the objects and purpose of the conspiracy:

a. IBRAHIM opened a separate checking account for Bilaal Mosque in July 2021, immediately prior to receiving and depositing the first check from Feeding Our Future as a result of their fraud. IBRAHIM deposited the Feeding Our Future checks and would subsequently move large sums of the funds to himself, his co-conspirators, or their business entities.

b. CO-CONSPIRATOR 1 created Smart Drive LLC, a company which purported to provide food for distribution under the Federal Child Nutrition Program at Bilaal and MRC.

c. CO-CONSPIRATOR 1, using Smart Drive, created fake invoices and used these fake invoices to substantiate fraudulent meal claims.

d. Smart Drive was instead used to hide the source and ownership of proceeds of the fraudulent scheme to obtain Federal Child Nutrition Program funds. IBRAHIM wrote checks payable to Smart Drive from Bilaal and MRC bank

accounts. Smart Drive did not actually purchase food, nor did it provide food for use in the Federal Child Nutrition Program.

e. CO-CONSPIRATOR 1 also created Tawakkalna Properties, LLC, a company used to receive fraud proceeds from Smart Drive. Tawakkalna Properties was co-owned by IBRAHIM's son, CO-CONSPIRATOR 3.

f. After laundering the proceeds of their scheme through Smart Drive and Tawakkalna Properties, IBRAHIM and his co-conspirators used their sham companies to make real estate and car payments and other purchases to personally benefit themselves and others.

All in violation of Title 18, United States Code, Section 1956(h).

**Counts 3 - 7**
(Engaging in Monetary Transactions in
Property Derived from Specified Unlawful Activity)

39. Paragraphs 1 through 39 are incorporated herein.

40. On or about the dates listed below, in the State and District of Minnesota and elsewhere, the defendant and his coconspirators as set forth below knowingly engaged and attempted to engage in monetary transactions by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, as described below, such property having been derived from specified unlawful activities, namely, wire fraud, in violation of Title 18, United States Code, Section 1343:

| Count | Date (on or about) | Transaction |
|---|---|---|
| 3 | October 8, 2021 | A check for approximately $306,874 from a Bilaal Mosque bank account written by IBRAHIM, payable to Gedo Community Service |
| 4 | October 25, 2021 | A check withdrawn from a Bilaal Mosque bank account written by IBRAHIM, payable to CO-CONSPIRATOR 3, for $30,000. |
| 5 | November 17, 2021 | A check withdrawn from a Bilaal Mosque bank account, written by IBRAHIM, payable to himself, for $50,000. |
| 6 | December 13, 2021 | A check of approximately $21,500 to Banana Pay to transfer $21,500 in funds to Kenya for the stated purpose of buying a house / property. |
| 7 | January 20, 2022 | A cash withdrawal of approximately $12,300 for the payment towards the purchase of a 2019 Chevrolet Equinox from the MRC bank account. |

All in violation of Title 18, United States Code, Section 1957.

## FORFEITURE ALLEGATIONS

41. Counts 1 through 7 of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) in conjunction with Title 28, United States Code, Section 2461(c), and pursuant to Title 18, United States Code, Section 982(a)(1).

42. If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to Count 1 of the Indictment.

43. If convicted of any of Counts 2 through 7 of this Indictment, the defendant shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 and 1957 and any property traceable to such property.

44. If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON